

**Office Of The Clerk**

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

June 16, 2025

Docket Number: 2025 - CW - 0381

Earnest Williams (D), Et al
    versus
United Medical Healthcare Inc. d/b/a United Medical
Rehabilitation Hospital and Disc of Louisiana Holdings, LLC
d/b/a Disc of Louisiana, Inc.

TO:

Kelly M. Brian
1060 West Causeway Approa
Mandeville, LA 70471

Guice Anthony Giambrone III
3421 N. Causeway Blvd.,
Suite 900
Mandeville, LA 70002

Bert J. Miller
3421 N. Causeway Blvd.,
Suite 900
Metairie, LA 70002
bmiller@bluewilliams.com

Vincent E. Odom
1100 Poydras Street, Suite 2!
New Orleans, LA 70163

Davida F. Packer
1100 Poydras Street, Suite 2!
New Orleans, LA 70163

Michael S. Sepcich
1100 Poydras Street, Suite 2!
New Orleans, LA

Paul A. Tabary III  Esq.
Three Courthouse Square
Chalmette, LA 70043

T. Carey Wicker III
CAPITELLI & WICKER
1100 Poydras St., Suite 2950
New Orleans, LA 701632950
tcw@capitelliandwicker.com

Thomas C. Wicker IV
1100 Poydras Street, Suite 2!
New Orleans, LA 70163

Hon. Brenda Bedsole Ricks
P. O. Box 788
Amite, LA 70422
VIA EMAIL

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

EARNEST WILLIAMS (D), ET AL

VERSUS

UNITED MEDICAL HEALTHCARE
INC. D/B/A UNITED MEDICAL
REHABILITATION HOSPITAL AND
DISC OF LOUISIANA HOLDINGS,
LLC D/B/A DISC OF LOUISIANA,
INC.

NO. 2025 CW 0381

JUNE 16, 2025

---

In Re: DISC of Louisiana Holdings, LLC, Diagnostic and Interventional Spinal Care of Louisiana, Inc., and Dr. Khader Samer Shamieh, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20201288.

---

BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT NOT CONSIDERED.** This court requires a copy of the district court's minutes of the March 17, 2025 hearing on plaintiffs' motion to compel and a copy of the district court's reasons for judgment, which are required by Rules 4-5(C)(7) and (10) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a transcript of the hearing and all evidence introduced at the hearing at issue in this writ application.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including a transcript from the March 17, 2025 hearing on the motion to compel, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before July 16, 2025 and must contain a copy of this ruling.

HG
TPS

McClendon, C.J., dissents and would deny the writ. The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT